IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VIKAS GUPTA and RUCHI GUPTA, )<br>)<br>) | |
| Plaintiffs, )<br>) | CIVIL ACTION NO. |
| v.   ) | 2:22cv547-MHT |
| )  | (WO) |
| BOW PLUMBING GROUP, INC., )<br>a Canadian Corporation, )<br>) | |
| Defendant. ) | |

ORDER

    This case is before the court on the defendant's motion to extend the deposition deadline. The uniform scheduling order (Doc. 9) sets a discovery cutoff date of February 1, 2024. Defendant interprets the uniform scheduling order as imposing a September 8, 2023, deadline for the depositions of the parties because the September deadline for parties' depositions was proposed in the parties' planning report (Doc. 7), and a provision in the uniform scheduling order adopted the parties' planning report "[e]xcept to the extent of any conflict with the deadlines set out" in the order. *See*

Uniform Scheduling Order (Doc. 9) at 6, § 12; Report of Parties' Planning Meeting (Doc. 7) at 3, para. 4(b). The parties understandably have reached different conclusions as to whether the proposed parties' deposition deadline was adopted in the scheduling order.  To the extent that the proposed separate deadline for parties' depositions was incorporated in the uniform scheduling order, the court now eliminates it.

    Accordingly, it is ORDERED that:

    (1) Defendant's motion to extend the deposition deadline (Doc. 14) is granted to the extent that any specific deadline for parties' depositions is eliminated.  The February 1, 2024, deadline for all discovery remains in effect.

    (2) Defendant's motion to compel (Doc. 14) is denied as moot.

    DONE, this the 24th day of August, 2023.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**